UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-3358

JOSEPH DIGENOVA,
Banquet Server on Call,
                                          Appellant

v.

UNITE HERE LOCAL 274; PHILADELPHIA
JOINT BOARD, Previous Unite Here Local 274

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-15-cv-04143)
District Judge: Honorable Michael M. Baylson

Submitted Pursuant to Third Circuit LAR 34.1(a)
August 8, 2016

Before: CHAGARES, KRAUSE and ROTH, Circuit Judges

**JUDGMENT**

FILED
MAR 10 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on August 8, 2016. On consideration whereof, it is now hereby
    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 10, 2015, be and the same is hereby affirmed. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: December 20, 2016

Certified as a true copy and issued in lieu
of a formal mandate on   March 10, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**